
**GREENWICH HOSPITAL**
YALE NEW HAVEN HEALTH

8/16/10

To whom it may concern:

Re: Eugene Chung

DOB 10/4/60

I have been treating Mr Chung at this psychiatric clinic since 2/19/93.

Dx: Generalized anxiety disorder 300.02
    Dysthymia 300.4

His current meds are Zoloft 150.g /day + Lorazepam 1 mg 3 times a day & one at night if necessary. He has been on these meds since at least 2005.

Sincerely,

Steve Hang, MD

CT 024294.

5 Perryridge Road
Greenwich, CT 06830-4697
(203) 863-3000