

**LAWRENCE & MEMORIAL WELLNESS CENTER**

8/16/10

RE: Eugene Cleary  DOB 10/4/60

To Whom It May Concern,

Eugene Cleary has been a patient of mine since June 2003. He was diagnosed with sleep apnea in Oct 2009 by a sleep study. He was prescribed CPAP for treatment. Any questions regarding this can be addressed to me at (860) 887-2101.

Sincerely,

Robert Meikle

Robert Meikle, MD



Eagleview Employee Center • 1 Mohegan Boulevard • Uncasville, CT 06382
(860) 887-2101 • Fax: (860) 887-3445 • lbrewer@lmhosp.chime.org