```
Waterford, CT                          Treatment plan summary for       Page:     1
909 Hartford Turnpike Unit #D5              648670 0                    Date:  8/09/10
Waterford         CT    06385          Eugene Cleary                    Time: 16:59:52

Phone number: 860-440-0700

 Type    Priority    Code    Group #     Pl
  D         1         C      320677      AN

Tooth/Surface/Procedure
        150   Exam Comprehensive

 8.0 Visit total

 1.0 TX plan total  2010-08-09

        121   Exam Re-Eval N/C

 9.0 Visit total

        121   Exam Re-Eval N/C

12.0 Visit total

        600   Bridge Preparation N/C

13.0 Visit total

  32   6751   Abutment Porc To Non-prec
  29   6241   Pontic Porc Fused Non-pre
  31   6241   Pontic Porc Fused Non-pre
  30   6751   Abutment Porc To Non-prec

14.0 Visit total

 3.0 TX plan total  2010-08-09

  32   3010   Root Canal Visit
       140    Exam Ltd Oral Prob Foc
  29   3010   Root Canal Visit
  32   3330   Root Canal Molar
  29   3320   Root Canal Bicuspid

 4.0 Visit total

 7.0 TX plan total  2010-08-09

total

    plan name    group covered
```

**AspenDental**
193 River Road, Lisbon, CT 06351  Tel: 860-376-8800
(Select option 2)
Your Next Appointment is
☐ Mon  ☐ Tues  ☐ Wed  ☒ Thurs  ☐ Fri  ☐ Sat
Date 8/26/10   Time 8:00?
2 Root canals 29, 32 (tentative)
Please provide 48-hour notice for cancellations
Let us help you find your smile

**AspenDental**
193 River Road, Lisbon, CT 06351  Tel: 860-376-8800
(Select option 2)
Your Next Appointment is
☐ Mon  ☒ Tues  ☐ Wed  ☐ Thurs  ☐ Fri  ☐ Sat
Date 10/5/10   Time 11:00 am
bridge prep
Please provide 48-hour notice for cancellations
Let us help you find your smile

← 2ND VISIT

← 1ST VISIT